1  THOMAS P. QUINN, JR. BAR NO. 132268
   NOKES & QUINN, APC
2  410 Broadway, Suite 200
3  Laguna Beach, CA 92651
   Tel: (949) 376-3500
4  Fax: (949) 376-3070

5  STEPHANIE COPE [PRO HAC VICE]
   KING & SPALDING LLP
6  1180 Peachtree Street N.E.
7  Atlanta, GA 30309-3521
   Telephone: +1 404 572 4600
8  Facsimile: +1 404 572 5100

9

10                UNITED STATES DISTRICT COURT
11
                  CENTRAL DISTRICT OF CALIFORNIA
12

13 | GRELIA VEGAS,                              | Case No. 2:10-cv-08716-JAK (JCx)
14 |         Plaintiff,                         |
15 | v.                                         | ORDER RE JOINT STIPULATION
                                                  TO DISMISS CASE
16 | EQUIFAX, and DOES 1-20, Inclusive,         |
17 |         Defendants..                       |

18
19     The Court, having reviewed the Joint Stipulation to Dismiss Case signed by
20 all parties, hereby **ORDERS** the Stipulation be:
21     √  GRANTED
22     ___ DENIED
23
   Dated: August 10, 2011                    _____
24                                           U.S. District Judge/U.S. Magistrate Judge
25
26
27
28

Case No. SACV11-00703-JST